# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00454-CV

**R. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2017-0802A, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant R. M. filed his notice of appeal on July 10, 2018. The appellate record was complete July 19, 2018, making appellant's brief due August 9, 2018. On August 9, 2018, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than August 29, 2018. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 13, 2018.

Before Justices Puryear, Goodwin, and Bourland